| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>GAVIN L. CHARLSTON (SBN 253899)<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>**Attorney(s) for:** PLAINTIFF FACEBOOK, INC.<br>Reference: 3120108 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC.,<br>　　　　　　　　　　　　**Plaintiff (s)**<br><br>v.<br><br>VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; FRIENDFINDER NETWORKS, INC., et al.<br>　　　　　　　　　　　　**Defendant (s)** | CASE NUMBER: CV 11 1805 MEJ<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons　　　☒ complaint　　　☐ alias summons　　　☐ first amended complaint
   　　in a civil action　　　　　　　　　　　　　　　　　　　　　　☐ second amended complaint
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ third amended complaint
   　☒ other *(specify):* CIVIL COVER SHEET; PLAINTIFF FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HANDOUT; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

2. Person served:
   a. ☒ Defendant *(name):* FRIENDFINDER NETWORKS, INC.
   b. ☒ Other *(specify name and title or relationship to the party/business named):* BECKY DEGEORGE, PROCESS SPECIALIST, CSC LAWYERS, INC., REGISTERED AGENT FOR FRIENDFINDER NETWORKS, INC.
   c. ☒ Address Where papers were served: **2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CA 95833**

3. **Manner of service** in compliance with *(the appropriate box **must** be checked):*
   a.　☒ Federal Rules of Civil Procedure
   b.　☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

   　　1. ☒ **Papers were served on** *(date):*　　**APRIL 14, 2011**　　at *(time):*　　**9:30AM**

   b. ☐ By **Substituted service.** By leaving copies:

   　　1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   　　2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

   　　3. ☐ **Papers were served on** *(date):* _____　　at *(time):* _____

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

    4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

    5. ☐ **papers were mailed** on (date): _____

    6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

  c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

  d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

  e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

  f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

  g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**
  h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
  a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: *(date):* _____ at *(time):* _____
  b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

  c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**CHRISTOPHER LECLAIR/#5484/LOS ANGELES**      a. Fee for service: $
**NATIONWIDE LEGAL LLC**
**859 HARRISON STREET, SUITE A**      b. ☐ Not a Registered California Process Server
**SAN FRANCISCO, CA 94107 (LA6771)**
**(415) 351-0400**      c. ☐ Exempt from registration under B&P 2235(b)

    d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 14, 2011

*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- **Proof of Service of Summons and Complaint for Defendant Friendfinder Networks, Inc.**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

**Defendant Various, Inc.**

VARIOUS, INC.
Agent for Service of Process:
Corporation Service Company Which Will Do Business In California As
CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1217540 v5/SF

PROOF OF SERVICE
CASE NO. C 11-01805 SBA

|  |  |
|---|---|
|  | David Bloom, Esq.<br>General Counsel<br>Various, Inc.<br>220 Humboldt Court<br>Sunnyvale, CA 94089-1315 |
| Defendant GMCI Internet Operations, Inc. | **GMCI INTERNET OPERATIONS, INC.**<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207<br><br>GMCI Internet Operations, Inc.<br>11 Penn Plaza, 12th Floor<br>New York, NY 10001 |
| Defendant Traffic Cat, Inc. | **TRAFFIC CAT, INC.**<br>Agent for Service of Process:<br>Corporation Service Company Which Will Do Business In California As<br>CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 |
| Defendant Friendfinder Networks Inc. | **FRIENDFINDER NETWORKS INC.**<br>Agent for service of process:<br>Corporation Service Company Which Will Do Business In California As<br>CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 |
| Courtesy copy | Floyd A. Mandell, P.C.<br>National Co-Chairman<br>Intellectual Property Department<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>Phone: (312) 902-5235<br>Fax: (312) 577-8982 |

Executed on April 27, 2011, at San Francisco, California.

_____
Mercedes Milana

Cooley LLP
Attorneys At Law
San Francisco

1217540 v5/SF

2.

PROOF OF SERVICE
CASE NO. C 11-01805 SBA