RECEIVED
MAY 23 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAY 26 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | CASE NO. 4:11-CV-01805-SBA |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| VARIOUS, INC. et al. | |
| Defendant. | |

Cathay Y. N. Smith, whose business address and telephone number is KATTEN MUCHIN ROSENMAN LLP, 525 West Monroe Street, Chicago, IL 60661, (312) 902-5200

and who is an active member in good standing of the bar of State of Illinois and the U.S.D.C. Northern District of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Various, Inc.; GMCI Internet Operations, Inc.; Traffic Cat, Inc.; FriendFinder Networks, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-25-11

_____
United States District Judge