| | |
|---|---|
| Kristin L. Holland (SBN 187314) **KATTEN MUCHIN ROSENMAN LLP** 2029 Century Park East, Suite 2600 Los Angeles, CA 90067-3012 Telephone: 310.788.4400 Facsimile: 310.788.4471 kristin.holland@kattenlaw.com | Floyd A. Mandell (admitted *pro hac vice*) William J. Dorsey (admitted *pro hac vice*) Carolyn M. Passen (admitted *pro hac vice*) Cathay Y. N. Smith (admitted *pro hac vice*) **KATTEN MUCHIN ROSENMAN LLP** 525 W. Monroe Street Chicago, IL 60661-3693 Telephone: 312.902.5200 Facsimile: 312.902.1061 floyd.mandell@kattenlaw.com william.dorsey@kattenlaw.com carolyn.passen@kattenlaw.com cathay.smith@kattenlaw.com |

Lead Attorneys for Defendants Various, Inc.; GMCI Internet Operations, Inc.; Traffic Cat, Inc.; and FriendFinder Networks Inc.

Ira P. Rothken (SBN 160029)
**ROTHKEN LAW FIRM LLP**
3 Hamilton Landing, Suite 280
Novato, CA 94949-8271
Telephone: 415.924.4250
Facsimile: 415.924.2905
ira@techfirm.com

Attorneys for Defendants Various, Inc.; GMCI Internet Operations, Inc.; Traffic Cat, Inc.; and FriendFinder Networks Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## NORTHERN DISTRICT (Oakland)

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; FRIENDFINDER NETWORKS INC.; and DOES 1-100,<br><br>    Defendants.<br><br>AND COUNTERCLAIMS | ) CASE NO. 4:11-CV-01805-SBA<br>)<br>) **STIPULATION TO CONTINUE CASE**<br>) **MANAGEMENT CONFERENCE**<br>)<br>) **OLD DATE: July 21, 2011**<br>) **NEW DATE: TBD**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties by and through their respective counsel of record hereby stipulate that it would be in the best interests of the management of the case for the Initial Case Management Conference to be

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

continued from July 21, 2011 at 2:30 p.m. to a later date. A brief continuance will allow Floyd Mandell, lead trial counsel for Defendants and Counterclaimants, to participate in the conference. Mr. Mandell will be out of the country from July 14 to July 31, 2011.

Accordingly, the parties request that the Court continue the Initial Case Management Conference to a date after August 1, 2011, and propose the following as possible alternatives:

August 3, 2011

August 4, 2011

**SO STIPULATED.**

Respectfully submitted,

Dated: June 30, 2011  KATTEN MUCHIN ROSENMAN LLP

By: /s/ Kristin L. Holland
Attorneys for Defendants and Counter-Plaintiffs
VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; and FRIENDFINDER NETWORKS INC.

Dated: June 30, 2011  COOLEY LLP

By: s/Jeffrey T. Norberg
Attorneys for Plaintiff, FACEBOOK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows: The Initial Case Management Conference is hereby continued from July 21, 2011 at 2:30 p.m. to 9/29/11, ~~2011~~ XXX at 3:30 ~~a.m.~~ XX/p.m. via telephone. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. (NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)

Dated: 7/6/11

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge