# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME: Facebook, Inc. v Various, Inc., et al.**

**CASE NO. C11-1805 SBA (JSC)**

**COURTROOM DEPUTY**: Ada Means

**DATE**: February 14, 2012     **TIME: 9.5 hours**     **COURT REPORTER**: Not Reported

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jeff Norberg | Floyd Mandell |
| Michael Rhodes | William Dorsey |
| Kat Johnson | |

## PROCEEDINGS

[X]   SETTLEMENT CONFERENCE

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:

[ ]    OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES:

Case settled.

cc:

*T=Telephonic Appearance