| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (SBN 116127) (rhodesmg@cooley.com) |
| 2 | GAVIN L. CHARLSTON (SBN 253899) (gcharlston@cooley.com) |
| | 101 California Street, 5th Floor |
| 3 | San Francisco, CA 94111-5800 |
| | Telephone:    (415) 693-2000 |
| 4 | Facsimile:    (415) 693-2222 |
| 5 | ANNE H. PECK (SBN 124790) (peckah@cooley.com) |
| | JEFFREY T. NORBERG (SBN 215087) (jnorberg@cooley.com) |
| 6 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 |
| 7 | Telephone:    (650) 843-5000 |
| | Facsimile:    (650) 849-7400 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | FACEBOOK, INC. |
| 10 | KATTEN MUCHIN ROSENMAN LLP |
| | KRISTIN L. HOLLAND (SBN 187314) (kristin.holland@kattenlaw.com) |
| 11 | 2029 Century Park East, Suite 2600 |
| | Los Angeles, CA 90067-3012 |
| 12 | Telephone: 310.788.4400 |
| | Facsimile: 310.788.4471 |
| 13 | |
| | FLOYD A. MANDELL (admitted *pro hac vice*) (floyd.mandell@kattenlaw.com) |
| 14 | WILLIAM J. DORSEY (admitted *pro hac vice*) (william.dorsey@kattenlaw.com) |
| | 525 W. Monroe Street |
| 15 | Chicago, IL 60661-3693 |
| | Telephone: 312.902.5200 |
| 16 | Facsimile: 312.902.1061 |
| 17 | Attorneys for Defendants |
| | VARIOUS, INC., *et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 21 | FACEBOOK, INC., | Case No. 4:11-cv-01805-SBA |
| 22 | Plaintiff, | |
| 23 | v. | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| 24 | VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; | |
| 25 | FRIENDFINDER NETWORKS INC.; and DOES 1-100, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | AND RELATED COUNTERCLAIMS | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATED DISMISSAL**
**CASE NO. 4:11-CV-01805-SBA**

Error! Bookmark not defined.

Plaintiff Facebook, Inc. ("Facebook") and Defendants Various, Inc., GMCI Internet Operations, Inc., Traffic Cat, Inc., and Friendfinder Networks, Inc. ("Named Defendants") hereby stipulate, by and through their respective counsel, that Facebook's claims against Named Defendants and Named Defendants' Counterclaims against Facebook are dismissed with prejudice. Facebook and Named Defendants further stipulate that Facebook's claims against the Doe Defendants are dismissed without prejudice. This Court shall retain jurisdiction for purposes of enforcing a settlement agreement. Each party shall bear its own costs.

Respectfully Submitted,

Dated: February 21, 2012

COOLEY LLP
MICHAEL G. RHODES (116127)
GAVIN L. CHARLSTON (253899)
ANNE H. PECK (124790)
JEFFREY T. NORBERG (215087)

Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
FACEBOOK, INC.

KATTEN MUCHIN ROSENMAN LLP
KRISTIN L. HOLLAND (187314)
FLOYD A. MANDELL (*pro hac vice*)
WILLIAM J. DORSEY (*pro hac vice*)

Kristin L. Holland (187314)
Attorneys for Defendants
VARIOUS, INC., et al.

Error! Bookmark not defined.

**[Proposed] Order:**

The Court, having considered the Stipulated Dismissal filed by Facebook and the Named Defendants, hereby orders that:

1. Facebook's claims against Named Defendants are dismissed with prejudice;

2. Named Defendants' counterclaims against Facebook are dismissed with prejudice;

3. Facebook's claims against the Doe Defendants are dismissed without prejudice;

4. Each party shall bear its own costs; and

5. This Court shall retain jurisdiction over this dispute for purposes of enforcing a settlement agreement.

IT IS SO ORDERED

_____
Saundra Brown Armstrong, United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATED DISMISSAL
CASE NO. 4:11-CV-01805-SBA

Error! Bookmark not defined.