1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127) (rhodesmg@cooley.com)
2   GAVIN L. CHARLSTON (SBN 253899) (gcharlston@cooley.com)
    101 California Street, 5th Floor
3   San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
4   Facsimile:     (415) 693-2222

5   ANNE H. PECK (SBN 124790) (peckah@cooley.com)
    JEFFREY T. NORBERG (SBN 215087) (jnorberg@cooley.com)
6   3000 El Camino Real
    Palo Alto, CA  94306-2155
7   Telephone:     (650) 843-5000
    Facsimile:     (650) 849-7400

8
    Attorneys for Plaintiff
9   FACEBOOK, INC.

10  KATTEN MUCHIN ROSENMAN LLP
    KRISTIN L. HOLLAND (SBN 187314) (kristin.holland@kattenlaw.com)
11  2029 Century Park East, Suite 2600
    Los Angeles, CA 90067-3012
12  Telephone: 310.788.4400
    Facsimile: 310.788.4471

13
    FLOYD A. MANDELL (admitted *pro hac vice*) (floyd.mandell@kattenlaw.com)
14  WILLIAM J. DORSEY (admitted *pro hac vice*) (william.dorsey@kattenlaw.com)
    525 W. Monroe Street
15  Chicago, IL 60661-3693
    Telephone: 312.902.5200
16  Facsimile: 312.902.1061

17  Attorneys for Defendants
    VARIOUS, INC., *et al.*

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       OAKLAND DIVISION

21  FACEBOOK, INC.,                         Case No.  4:11-cv-01805-SBA

22              Plaintiff,
                                            **STIPULATED DISMISSAL AND
23       v.                                 ORDER**

24  VARIOUS, INC.; GMCI INTERNET
    OPERATIONS, INC.; TRAFFIC CAT, INC.;
25  FRIENDFINDER NETWORKS INC.; and
    DOES 1-100,
26
                Defendants.
27

28  AND RELATED COUNTERCLAIMS

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**Error! Bookmark not defined.**

1    Plaintiff Facebook, Inc. ("Facebook") and Defendants Various, Inc., GMCI Internet

2  Operations, Inc., Traffic Cat, Inc., and Friendfinder Networks, Inc. ("Named Defendants") hereby

3  stipulate, by and through their respective counsel, that Facebook's claims against Named

4  Defendants and Named Defendants' Counterclaims against Facebook are dismissed with

5  prejudice.  Facebook and Named Defendants further stipulate that Facebook's claims against the

6  Doe Defendants are dismissed without prejudice.  This Court shall retain jurisdiction for purposes

7  of enforcing a settlement agreement.  Each party shall bear its own costs.

8    Respectfully Submitted,

9  Dated: February 21, 2012                    COOLEY LLP
                                               MICHAEL G. RHODES (116127)
10                                             GAVIN L. CHARLSTON (253899)
                                               ANNE H. PECK (124790)
11                                             JEFFREY T. NORBERG (215087)

12
                                               _____
13                                             Jeffrey T. Norberg (215087)
                                               Attorneys for Plaintiff
14                                             FACEBOOK, INC.

15                                             KATTEN MUCHIN ROSENMAN LLP
                                               KRISTIN L. HOLLAND (187314)
16                                             FLOYD A. MANDELL (*pro hac vice*)
                                               WILLIAM J. DORSEY (*pro hac vice*)
17

18
                                               _____
19                                             Kristin L. Holland (187314)
                                               Attorneys for Defendants
20                                             VARIOUS, INC., et al.

21

22

23

24

25

26

27

28

**Error! Bookmark not defined.**

1

**[Proposed] Order:**

2        The Court, having considered the Stipulated Dismissal filed by Facebook and the Named

3   Defendants, hereby orders that:

4            1. Facebook's claims against Named Defendants are dismissed with prejudice;

5            2. Named Defendants' counterclaims against Facebook are dismissed with prejudice;

6            3. Facebook's claims against the Doe Defendants are dismissed without prejudice;

7            4. Each party shall bear its own costs; and

8            5. This Court shall retain jurisdiction over this dispute for purposes of enforcing a

9   settlement agreement.  Any disputes arising out of the settlement agreement will be referred to the

10  Chief Magistrate Judge or her designee for the preparation of a report and recommendation.

11

12  IT IS SO ORDERED

13  2/21/12

14

15        Saundra Brown Armstrong, United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

                                                          2.
                                                                    **STIPULATED DISMISSAL**
                                                                    **CASE NO. 4:11-CV-01805-SBA**

**Error! Bookmark not defined.**

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

_____
Jeffrey T. Norberg
Attorneys for Plaintiff
FACEBOOK, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Error! Bookmark not defined.