AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following   G Patents or   ☒ Trademarks:

| DOCKET NO.<br>C-11-1805-SBA | DATE FILED<br>4/13/2011 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br>Facebook, Inc. | | DEFENDANT<br>Various, Inc.; GMCI Internet Operations, Inc.; Traffic Cat, Inc.; Friendfinder Networks Inc.; and Does 1-100 |

E-filing

CV 11 1805 MEJ

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,937,798 | 4/5/2005 | Various, Inc. (f/k/a Friendfinder, Inc.) |
| 2 | 2,962,192 | 6/14/2005 | Various, Inc. (f/k/a Friendfinder, Inc.) |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>G Amendment   G Answer   G Cross Bill   G Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

***STIPULATION AND ORDER OF DISMISSAL, entered on 02/21/2012***

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>~~GLORIA ACEVEDO~~ Jessie Mosley | DATE 02/22/2012 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy