COOLEY LLP
MICHAEL G. RHODES (SBN 116127) (rhodesmg@cooley.com)
GAVIN L. CHARLSTON (SBN 253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ANNE H. PECK (SBN 124790) (peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087) (jnorberg@cooley.com)
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

KATTEN MUCHIN ROSENMAN LLP
KRISTIN L. HOLLAND (SBN 187314) (kristin.holland@kattenlaw.com)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

FLOYD A. MANDELL (admitted *pro hac vice*) (floyd.mandell@kattenlaw.com)
WILLIAM J. DORSEY (admitted *pro hac vice*) (william.dorsey@kattenlaw.com)
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061

Attorneys for Defendants
VARIOUS, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS, INC.; GMCI INTERNET OPERATIONS, INC.; TRAFFIC CAT, INC.; FRIENDFINDER NETWORKS INC.; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:11-cv-01805-SBA<br><br>**STIPULATED DISMISSAL AND ORDER** |

Plaintiff Facebook, Inc. ("Facebook") and Defendants Various, Inc., GMCI Internet Operations, Inc., Traffic Cat, Inc., and Friendfinder Networks, Inc. ("Named Defendants") hereby stipulate, by and through their respective counsel, that Facebook's claims against Named Defendants and Named Defendants' Counterclaims against Facebook are dismissed with prejudice. Facebook and Named Defendants further stipulate that Facebook's claims against the Doe Defendants are dismissed without prejudice. This Court shall retain jurisdiction for purposes of enforcing a settlement agreement. Each party shall bear its own costs.

Respectfully Submitted,

Dated: February 21, 2012

COOLEY LLP
MICHAEL G. RHODES (116127)
GAVIN L. CHARLSTON (253899)
ANNE H. PECK (124790)
JEFFREY T. NORBERG (215087)

____________________
Jeffrey T. Norberg (215087)
Attorneys for Plaintiff
FACEBOOK, INC.

KATTEN MUCHIN ROSENMAN LLP
KRISTIN L. HOLLAND (187314)
FLOYD A. MANDELL (*pro hac vice*)
WILLIAM J. DORSEY (*pro hac vice*)

____________________
Kristin L. Holland (187314)
Attorneys for Defendants
VARIOUS, INC., et al.

Case4:11-cv-01805-SBA Document63-1 Filed02/21/12 Page3 of 4

**[Proposed] Order:**

The Court, having considered the Stipulated Dismissal filed by Facebook and the Named Defendants, hereby orders that:

1. Facebook's claims against Named Defendants are dismissed with prejudice;

2. Named Defendants' counterclaims against Facebook are dismissed with prejudice;

3. Facebook's claims against the Doe Defendants are dismissed without prejudice;

4. Each party shall bear its own costs; and

5. This Court shall retain jurisdiction over this dispute for purposes of enforcing a settlement agreement. Any disputes arising out of the settlement agreement will be referred to the Chief Magistrate Judge or her designee for the preparation of a report and recommendation.

IT IS SO ORDERED

2/21/12

Saundra B. Armstrong

Saundra Brown Armstrong, United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATED DISMISSAL
CASE NO. 4:11-CV-01805-SBA

**Error! Bookmark not defined.**

Case4:11-cv-01805-SBA Document63-1 Filed02/22/12 Page4 of 4

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

________________
Jeffrey T. Norberg
Attorneys for Plaintiff
FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATED DISMISSAL
CASE NO. 4:11-CV-01805-SBA

Error! Bookmark not defined.